CAPITAL CASE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ERIC MEYER
SASHA S.

    Plaintiff

    Defendant

UNIVERSITY
OF ILLINOIS
AT CHICAGO

)
)
)
)
)
)
)
)
)

14CV390
JUDGE PALLMEYER
MAG. JUDGE BROWN

RECEIVED

JAN 2 1 2014
Jan 21. 2014
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

)
Plaintiff )
)
ERIC MEYER )
AND PROPHET WIFE )
SASHA )
)
Defendant )
)
UNIVERSITY OF )
ILLINOIS AT
CHICAGO

14CV390
JUDGE PALLMEYER
MAG. JUDGE BROWN

**COMPLAINT**

PETITIONER (POLYGAMY HUSBAND)
BELIEVES WIFE SASHA IS
GOING TO BE FORCED
SINE WAVE THERAPY TO
CAUSE SASHA TO FORGET
ABOUT RAPE ON OCT
4, 2013 ABOUT 8:40A
AT RESIDENTS PSYIATRIC
HOSPITAL WITH HUSBAND
(PETITIONER) AS AN AUDIO
WITNESS TO THIS
HATE CRIME OF RAPE

CAPITAL CASE

IN THE DISTRICT COURT
CHICAGO IL

ERIC MEYER                    CASE No
PO BOX 8013
CHICAGO IL          JUDGE
773 508 6100
GFEDERALLY PROTECTED CRIME VICTIM
PRO SE PAUPER
PETITIONER                    MOTION
                              FOR URGENT
UNIVERSITY OF                 DISCOVERY
CHICAGO AT                    WITH CIVIL
ILLINOIS                      COMPLAINT
PAULA ALLEN-MEARES
601 S MORGAN
CHICAGO 60607-7128
312 413 3350
RESPONDENT

"SASHA" RAPED BY NURSE OCT 6
WHILE IN SOLITARY 2014
CONFINEMENT FROM MID SEPT 2013-NOV
PETITIONER __1__

ERICSALLISTS@AOL.COM

TO PREVENT DEATH OF SASHA

NOW, HERE COMES THE PETITIONERS, HUMBLY SEEKING FREEDOM FOR MY POLYGAMY WIFE (RAPED OCT 4, 2013 BY NURSE WHO LOOKED LIKE PEDRO) AND SUFFERED STERALIZATION, SOLITARY CONFINEMENT UNTIL NOV 17, 2013 OR SO.

PETITIONER (POLYGAMY HUSBAND) BELIEVES SHE IS IN IMMINENT AND GRAVE DANGER OF "SINE WAVE THERAPY" AKA ELECTROSHOCK, TO ERASE HER MEMORY OF RAPE AND OF HER POLYGAMY HUSBAND.

TO PREVENT DEATH OF SASHA

—2—

MALE (RESPONDANT HUSBAND) WISHES COURT
TO ORDER HIM TO PERPETUALLY SUPPORT SAS...
PETITIONER (HUSBAND) HUMBLY
WISHES TO MOVE COURT TO
SUBPOENA SASHA TO
TESTIFY WITHOUT
JURY FOR ZERO
DOLLARS RELIEF, ONLY
FOR HER RIGHT TO
TESTIFY AND HAVE
FREEDOM WITH THE
KINDNESS OF COURT
FROM "SINE WAVE"
TREATMENT OR MORE RAPE
BY PSYCHIATRIST ORDERS
AGAINST HER POLITICAL
VIEWS ON DIAGNOSTIC
STATISTICAL MANUAL

TO PREVENT DEATH OF SASHA

I AFFIRM UNDER PENAL...
OF PERJURY ALL PARTS AND
FACTS ARE TRUE, HONEST
AND ACCURATE. 05 JAN 21ST
ERIC GREEN
4100 GREEN...
ERIC MEYER IS UNDER COURT PRO... PRE-SEO... PAPER

*THIS IS A PUBLIC RECORD*

# CLIENT GRIEVANCE

Your Name ERIC WEYER          ID # _____

If you have a complaint about your services or how you have been treated and you have been unable to resolve it by talking with the staff involved, you can begin the grievance process. You do so by completing the top portion of this form and giving it to your program manager. If you have questions about how the grievance procedure works, you can talk with any staff person or look in your Client Handbook under Grievance Procedure.

Date incident/complaint occurred: 1,17,2014 JOHN MAKES

Your complaint/concern: MZ MILLERHUFT COMMITTED TORT OF VAGUE MISREPRESENTATION OF MY NEEDS TO A LAW ENFORCEMENT OFFICER. OI SAID, "HE DEMANDED MONEY, BUT WE CANNOT MEET ALL HIS NEEDS" MY ONE NEED IS TO LIVE WITH MY SEVEN WIVES + CHILDREN COPIES SUPPLIED GOING TO SHEIKS JUDGE AND JUDGES MY SIGNATURE AND IS TO PROTECT MY WIVES + CHILDREN HAVE US ____ ____ ARE FROM PSYCHOS

Your Signature _____ Date _____ Staff Recipient Signature _____ Date _____

**Staff Response**

Please attach all written responses to this form

1.  Meeting and written response from Program Manager

    _____          ___/___/___
    Signature                          Date

    Situation resolved?          Yes          No
    _____

2.  Meeting and written response from Chief Clinical Officer

    _____          ___/___/___
    Signature                          Date

    Situation resolved?          Yes          No
    _____

3.  Meeting and written response from President/CEO

    _____          ___/___/___
    Signature                          Date

    Was client referred to advocacy services?          Yes          No

Trilogy, Inc. 137-C / 7-07 / 1 of 1

# CLIENT GRIEVANCE

Your Name _ERIC MEYER_     ID # _____

If you have a complaint about your services or how you have been treated and you have been unable to resolve it by talking with the staff involved, you can begin the grievance process. You do so by completing the top portion of this form and giving it to your program manager. If you have questions about how the grievance procedure works, you can talk with any staff person or look in your Client Handbook under Grievance Procedure.

Date incident/complaint occurred: _1,17,2014_

Your complaint/concern: _SUPERVISOR COMMITTED TORT OF BREACH OF CONTRACT AS I SURRENDERED MANY DAYS OF $5 DIARY FOR FOOD, FOR LASER PRINTS + PHOTO COPIES URGENTLY, I BELIEVED ON FRIDAY 1-17-14 WIFE SASHA WAS IN DANGER OF SINE WAVE TO CUP TO FORCE HER TO FORGET ANYTIME_

_COPY TO ALL INMATES TO CLAIM ALL ES_

Your Signature _____ Date _____ Staff Recipient Signature _____ Date _____

**Staff Response**

Please attach all written responses to this form.

1.    Meeting and written response from Program Manager

   _____     ____/____/____
   Signature                               Date

   Situation resolved?       Yes          No

2.    Meeting and written response from Chief Clinical Officer

   _____     ____/____/____
   Signature                               Date

   Situation resolved?       Yes          No

3.    Meeting and written response from President/CEO

   _____     ____/____/____
   Signature                               Date

   Was client referred to advocacy services?       Yes          No

# IMMIGRANT POWER AND CONTROL WHEEL

## PHYSICAL ABUSE

*twisting arms, tripping, biting* • *pushing, shoving, hitting* • *slapping, choking, pulling hair* • *punching, kicking, grabbing* • *using a weapon against her* • *beating, throwing her down*

### Economic Abuse
Threatening to report her to the INS to get her deported. Threatening to withdraw the petition to legalize her immigration status.

Hiding or destroying important papers (passport, ID cards, health-care cards, etc.). Destroying her only property from her country of origin.

### Intimidation
Making and/or carrying out threats to do something to harm her. Threatening to leave, commit suicide, or report her to welfare. Making her drop charges. Making her do illegal things.

Making her afraid by using looks, gestures, actions. Smashing things. Destroying her property. Abusing pets. Displaying weapons.

### Using Male Privilege
Preventing her from getting or keeping a job. Making her ask for money. Giving her an allowance. Taking her money. Not allowing her to know about or have access to the family income.

### Emotional Abuse
Putting her down. Making her feel bad about herself. Calling her names. Making her think she's crazy. Playing mind games. Humiliating her. Making her feel guilty.

Lying about her immigration status. Writing to her family and telling lies about her. Calling her racist names.

Calling her a prostitute or "mail order bride." Alleging on legal papers that she has a history of prostitution.

Treating her like a servant. Making all the big decisions. Acting like the "master of the castle." Being the one to define men's and women's roles.

## Power and Control

Controlling what she does, who she sees or talks to, what she reads, where she goes. Limiting your outside involvement. Using jealousy to justify actions.

### Isolation
Isolating her from friends, family, or anyone who speaks her language. Not allowing her to learn English.

### Using Children
Making her feel guilty about the children. Using children to relay messages. Using visitation to harass her. Threatening to take the children away.

Making light of the abuse and not taking her concerns about it seriously. Saying the abuse didn't happen. Shifting responsibility for abusive behavior. Saying she caused it.

### Denying Privileges
Threatening to take her children away from the U.S. Threatening to report her children to the INS.

Failing to file papers to legalize her immigration status, withdrawing or threatening to withdraw papers filed for her residency.

## PHYSICAL ABUSE

Produced and distributed by:

Adapted from original wheel by:
...nestic Abuse Intervention Project
... East Superior Street
...uth, MN 55802
...2.4134



**NATIONAL CENTER**
on Domestic and Sexual Violence
*training · consulting · advocacy*
4612 Shoal Creek Blvd. · Austin, Texas 78756
512.407.9020 (phone and fax) · www.ncdsv.org



OTTR
JOHN MADDEN STATE HOSPITAL ACCUSED BY ROOMMATE AT THERE, ABOUT AUG 1, 2013, OF LOSING STATE ID VIA THE ILLINOIS DEPT HUMAN SERVICES LEGAL AID PROGRAM

ITTR
PATIENT AT MADDEN AFRAID OF PERMANENT CARE. BEGGING GIRLFRIEND ABOUT AUG 5 2013 FOR HER SUPPORT FOR FREEDOM. AT UNIVERSITY OF ILLINOIS AT CHICAGO, ABOUT AUG 28, 2013 FEMALE, ABOUT AGE 18, WITNESSED TO BE CRYING ON PHONE, IN FEAR, MAYBE OF LONG TERM OR PERMANENT MENTAL HEALTH INSTITUALIZATION

OTRR
MADDEN AROUND AUG 4, 2013 USED EITHER VOICE MODEL TO DECEIVE ME TO SIGN INTO HOSPITAL FOR CARE UNDERSTOOD TO BE LETHAL "SINE WAVE THERAPY" OF ELECTRO-CONVULSIVE THERAPY TO WIPE MEMORIES, FOR LATER ORGAN REMOVAL SALE

PAGE 1

I AM PSHIATRISTS, AND THEIR HIRED HELPERS OF MENTAL HEALTH WORKERS AND NURSES, PUT DOWN AND DEMERIT PATIENTS WORTH AND CREATIVE CONTRIBUTIONS AS WORTHLESS. PSHIATRISTS USE DIAGNOSTIC STATISTICAL MANUAL TO LABEL AND CALL PATIENTS NAMES AS IF THE DIAGNOSIS IS MORE THAN A MEANS TO UNDERMINE THE TRUTH OF THE TEXT OF SATANS EFFORT TO CLARIFY AND EXPOSE REALITY. THE BOOK OF SO-CALLED MENTAL ILLNESS IS ACTUALLY AN ENGINEERED ATTACK ON HUMAN DIGNITY AND NATURAL VARIATIONS IN CULTURE, DOCTRINE AND PERSPECTIVE ON THE MEANING OF LIFE AND ALL OF CREATION OF GOD.

PAGE 2

I RR I PSYCHIATRIC NURSE
AT JOHN STROGER
HOSPITAL WITNESSED JULY
21-23 SOMETIME IN 2013, TO
PLAY MIND GAMES WITH
FELLOW MALE PATIENT
ABOUT AGE 26. MY PEER
WAS TOLD HE HAD TO
SUFFER CONSEQUENCES
FOR ALLEDGED VERBAL
THREATS OF INAPPROPRIATE
HOSPITAL COMMITMENT
AND LIKELY MIND ALTERING
DRUGS FORCED UPON HIM.
NURSE DEMERITED MY
PEERS VALUE AND WAS
COLD WITH REGARD TO
ATTEMPTS OF PEER TO
BOTH APPOLOGIZE AND
TO CLARIFY. ON THE
DISPUTE OF MATERIAL
FACT. PEER DENIED RIGHT
TO DUE PROCESS VIC'S FORCED
ACCEPT PSYCHIATRIC CARE.

PAGE
3

NURSE AT STROGER SEEMED TO DELIGHT IN TRIGGERING PATIENT FEELINGS OF GUILT, BY IMPOSING DOCTRINE OF "CONSEQUENCES MUST BE SUFFERED" TO LEARN OR GAIN HARMONY IN THE IMPERIAL CULTURE HYJACKED BY MEDIA LIES AND PSYCHITRIST DECEPTIONS AGAINST THE PEOPLE AND SELF-ENRICHING PROFITS FOR THOSE FEW ELITE MASTER ENSLAVERS, WHO WEAR EITHER A WHITE COAT (PSYCHITRIST) OR SUIT (BANKERS).

Page 45

OR OR PSYCHIATRISTS LIE ABOUT PATIENTS, BY ASSERTING THE EXISTANCE OF BRAIN DISORDERS AND MOOD DISORDERS, TO FALSEY REPRESENT PATIENTS AS SUFFERING FROM "STATES" OF MENTAL DISORDERS OF A MYRAID OF NONSENSE LABELS.

IN JULY/AUG 2010, I WAS AT NORTHWEST OHIO PSYCHIATRIC HOSPITAL AFTER EMAILING BENJAMIN NETANYAHU FOR A JOB AS BIBLE CODE BREAKER OF TORAH, YET PSNIATRIST BELLIAN AND HON. JACK PUFFEN-BERGER LIED ABOUT SO AS TO IMPOSING LEGAL TO PROFIT FROM GUARDIANSHIP

Page 5

RACE IS AN EUGENICIST
METHOD TO DIMINISH
UNIFICATION OF SLAVES
BY AGGRESSIVE MARKETING
OF PRIVILEGES BETWEEN
~~BENIGN~~ BENIGN GROUPS,
INSTEAD OF SEEING ALL
SLAVES AS YOKED BY
COMMON DOCTRINES
AND ACCINGES OF
PSYCHIATRISTS, PHYSICIANS
BANKERS, ACADEMIA, THE
WORLD (AND U.S. BASED)
RELIGIONS AND
CARTELS OF PSYCHIATRIC
AND PHARMASCEUTICAL
DRUGS.
RACIST NAMES IMPLY
UNSATISFACTORY FLAWS,
RATHER THAN SATISFACTOR
UNIQUENESS. OPPORTUNITY
FOR EMPOWERMENTS. FLOWS FROM
UNIQUENESS AS A RESOURCE.

ORRB MENTAL HOSPITALS ISOLATE PATIENTS FROM FRIENDS, FAMILY AND THOSE WHO SPEAK WORDS ROOTED IN COMPASSION, TRUST AND LOVE OF GOD.

AT UNIVERSITY OF ILLINOIS (AUG - NOV 2013) I TRIED TO OBTAIN HELP GAINING FREEDOM FROM MY CAPTORS (ACLU MEDIA) BY CALLING 911 AND THE FBI MANY TIMES, AND WROTE TO BARACK OBAMA FOR HELP OF FREEDOM, BUT LETTER RETURNED UNSENT ABOUT 2 WEEKS LATER, AND PHONE "PRIVILEGES" TAKEN FOR MANY WEEKS.

PAGE 7

PSYCHIATRISTS DO NOT
WANT, AND AT THE
UNIVERSITY OF ILLINOIS
AT CHICAGO, I WAS
ACTIVELY STOPPED BY
PLACEMENT IN BLANKETS
AND PLACED IN ROOM
ABOUT 50 FEET AWAY,
WHEN I TRIED TO
SHARE SO SANDRA
AUGREEO (10-31-1977)
COULD LEARN MY
PERSPECTIVE, LIFE
EXPERIENCES AND
IMMEDIATE SUFFERING
DUE TO RESTRICTION OF
MOVEMENT AT HOSPITAL,
FOR SUPPOSEDLY TO
TREAT MY SO-CALLED
"SUFFERING BACK" FROM MY
FROM EGGNESS.

Page
8

I RRB AT UNIVERSITY
OF ILLINOIS AT CHICAGO,
SEP- NOV 2013, SANDRA
AUGRELLO AND I WERE
ACTED AGAINST BY
STAFF TO CONTROL
AND LIMIT OUR CAPACITY
TO COMMUNICATE AND
RELATE, SO AS TO
OBSTRUCT FLOW OF
COMPASSION FOR
EACH OTHER,
LEST WE ACLIE
AS LATER WE DID
ANYWAY, BUT WITH
ME BEING REMOVED
FROM LUNCH AND
DINNER PERHAPS A
DOZEN TIMES IN A BLINKER

PAGE
9

AROUND OCT 20 2013
APOX, AT UNIVERSITY
OF ILLINOIS AT
CHICAGO, I WROTE
ABOUT 26 PAGE
MARRIAGE PROPOSAL
(TYPE POLYGAMY)
TO LISA CLINTON
WITH INTENT AND
LATER CONTRACT
ORALLY OF PERPETUAL
SUPPORT FOR HER
AND SUPPORT FOR
DOUGHTER UNTIL
AGE 21, BUT STAFF
REMOVED FROM LISA,
LISA REPORTED LETTER IN
LESS THAN 30 MINUTES

PAGE
18

OBRR PSYIATRISTS FOR
SECTION 8 HOUSING
RECIPIENTS, CAN BY
WHAT THEY FILE OR
REFUSE TO FILE, LEAD
PATIENTS TO HOUSING
PROBLEMS, ESPECIALLY,
IF A DOCTOR OF PSYIATRY,
LIKE ESTELLA BALADIAK,
AROUND 2006, DOUBTS
ANY FACTUAL BASIS TO
ANY MENTAL ILLNESS,
WITH "ETHICAL DELIMA"
OF WHEN PATIENT
(MYSELF, MID 2006)
GOT ON HANDS AND
KNEES, BEGGING TO
FOR PAPERS TO CONTINE
TO BE FILED SUCH AS
TO ASSERT PATIENT IS
MENTALLY ILL, TO AVOID
IMMINENTLY NEAR HAZARD OF
HOMELESSNESS WITHOUT Dr SIGNATURE

Page
11

I BBR THERAPIST REPONDED,
ONE TWO OCCASIONS
AT TRILOGY BEHAVIORIAL
HEALTHCARE, TERMINATED
SESSION WHEN A CUSTOMER
(ERIC MEYER, MYSELF)
ATTEMPTED TO DIRECT
THEM TO PRODUCE A
WRITTEN REPORT OF
THE RAPE AUDIO WITNESSED
BY MYSELF, OF SASHA
OCT 4, 2013 AT THE
UNIVERSITY OF ILLINOIS
AT CHICAGO. NEITHER
MY COMPASSION PAINS
FOR DENIAL OF JUSTICE
FOR HATE CRIME AGAINST
SASHA APPEAR TO BE A
CONCERN FOR TRILOGY,
NOR MY PERSISTANT REQUESTS
FOR SUPPORT FOR LEGAL
NEEDS OF PHOTO COPIES, LASER
PRINTS AND MONTHLY (US
WEEKLY) LEGAL/PAGE PASSES SEEM

Page
12

LIGITIMATE

NOT UNLIKE SASHA,
ALSO OPPOSED THE SAN ANTONIO
DIAGNOSTIC STATISTICAL
MANUAL, WAS ALSO LIKE
SASHA RAPED IN UNDER
A WEEK, BY APPARENT
PSYIATRIST PRESCRIPTION
FOR THE RAPE AS A
CUSTOMARY PRACTICE OF
DOCTORS AND RITUALS
OF THE CULT OF THE
CARE SOLD TO PATIENTS
IN OHIO ALSO ON JULY 8
2010 TO ME, THEN
IN ILLINOIS ON OCT 4,
2013 TO MY POLYGAMY
WIFE SASHA IN A VERY
SIMILAR MANNER TOWARD
APPARENT PURPOSE OF US
LEARNING TO BE TO ACCEPT
PSYTROPICS AND POSITIVE ENCOUNTERS
COMPEL TO DR ORDERS

Page 13

MY MOTHER WAS ASSIGNED,
MAYBE A WEEK AFTER, I
WAS ENCOURAGED TO
COMPLY TO PSYATROPIC
MEDICATIONS, TO THE
LEGAL GUARDIAN OF
MOTHER MARGARET
MEYER, MY GUARDIAN
BY LAW, WAS REQUIRED
TO COMPLY TO ALL
COURT ORDERS, INCLUDING
THE APPARENT COURT
ORDERS OF ALLAN DAVIS
AND JACK QUITTENBERGER,
OF REPEATEDLY INSISTING
" THE ABUSE NEVER
HAPPENED" EVEN THOUGH
I GOT STD AFTER RAPE,
AND BOTH SELF + WIFE
MELANIE ALWAYS FAITHFULL
TO ONLY EACH OTHER UNDER OF
CONTRACT. EP203

Page
14

Jan 17, 2014

ALL FUNDS RECEIVED TO
PAY GREYHOUND, TRAIN,
PLANE TICKET, TAXI, CHANCE
PASS FOR EACH OF SEVEN
WOMEN I INTEND TO
SUPPORT AS EQUAL POLYGAMY
WIVES, ~~VALID EVER~~ THUS TO
ASSURE EVERY WIVE, SANDRA,
LISA, TALIA, SASHA, MELANIE
BAR CODE TATTOO, MELENA ALL
ARE ABLE TO GET TO
COURT TO TESTIFY WITHOUT
OUT OF POCKET COSTS,
EXCEPT FOOD, WITH
REMAINING FUNDS TO
APPLY FOR AN APARTMENT
FOR ALL SEVEN (PROPHETIC)
AND CONTRACTUAL POLYGAMY
WIVES TO DWELL IN WITH
ME PREFERABLE NEAR CHICAGO
BLUE OR REDLINE, SO NEXT STEP TO
SUE FOR CUSTODY OF DAUGHTER (DELIA)
AND NEWBORN (TALIA) WITH ANDREW

LISA DETOX "A" REVOKED RELEASE OF MY
TRANSFERRED AS RETRIBUTION TO ALL MALE "B"
WARD AFTER RECEIVING MY DR SALIVA #5 TO
PREVENT FURTHER 3rd RELIGIOUS EXPRESSION OF SPEECH
$ AND RA LOVE INTENT TO HONOR MY REFUSE TO SEX PERP
$2,850 DENIAL USE 1 SCH ART IV
$10,500 AND ART IV SEC H RIGHT TO DUE PROCESS < 5

TALIA                              STLI
$7,500 EMOTIONAL                    Authority
MISERY DISALLOWED 6 TH            Admins
    TO EMBRACE ANY POLYGAMIST WIFE BY HUG OR KISS
$ SASHA OF COURSE
$15,000 CONTEMPT OF COURSE IN ACUE
ALIENATION OF AFFECTION BY UNAUTHORIZED TOUCH

                    VS "ESPIANGERO"
Black Baulode Tattoo Dimt (under?)
$12,500 FOR IMPLANTING
    WITH BELIEVED TO EQUAL SUPER
+ THE RFID TRANSMITTER IMPLANTATION
FOR OPPOSING ART QUINNS DOCTRINES
FOR AND GOVERNORS PRISON FOR DIAGNOSTIC
Melanie → Lisa Madison STATE SPECIAL
$6,500           LEGIT
THROUGH SUPPORT OF BY QUINNS
MURDEROUS CONSPIRE AND 907
PARKE ME UNTIL STEP DAUGHTER
RELATES NEGOTIATED BY ALIENATION
Melanie OF WIZD CITY Mayor
$2,500

ART IV SEC 4 INVASION OF THE
    CITY BY FORCES HOSTILE
TO IMMIGRANTS WITH LIMITED
AND ENGLISH FLUENCY CAUSING
ME EMPATHY PAIN AND
INTENT TO OFFER AS RIGHT
OF REFUSAL COURT ORDERED
PERPETUAL SUPPORT, UNIL SUPPORT
NTIL AGE 21, POA WITH AUTHORITY SELENA